# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 08-cv-80535-HUCK/O'SULLIVAN

NISSIM CORP.,

      Plaintiff,

v.

CLEARPLAY, INC.,

      Defendant.

_____/

**CLOSED CIVIL CASE**

THIS MATTER is before the Court upon a Joint Status Report (D.E. # 205) of Nissim Corp. ("Nissim") and ClearPlay, Inc. ("ClearPlay"). This case is related to two other cases: 04-cv-21140 (the "2004 case") and 07-cv-81170 (the "2007 case"). Regarding the 2007 case, the Court entered final judgment for Nissim, which was affirmed by the Eleventh Circuit Court of Appeals. ClearPlay has filed a Petition for Writ of Certiorari in the United States Supreme Court seeking review of the Eleventh Circuit's decision. In the 2004 case, the Court denied Nissm's Motion for Relief on Remand and withdrew jurisdiction. Nissim has represented that it intends to file an appeal in the 2004 case. The present case is currently stayed pending final resolution of the 2004 case, and the parties agree that the stay should be continued.

Accordingly, it is hereby

ORDERED that this case is STAYED and administratively CLOSED. Either party may file a motion to lift the stay and reopen the case at the appropriate time.

DONE and ORDERED in Chambers, Miami, Florida, May 21, 2013.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record